UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                    Case No: 8:21-Cr-218-T-02AAS

JOSHUA FISHER
_____/

## MOTION TO TRANSFER DEFENDANT

**COMES NOW**, the Defendant, JOSHUA FISHER, by and through his undersigned counsel, and hereby files this Motion to Transfer Defendant, and states:

### Background

Mr. Fisher and fifteen (15) co-defendants were charged in a twelve (12) Count Indictment with committing various acts of violence in furtherance of a racketeering enterprise (Doc. 1).

The undersigned was appointed to represent Mr. Fisher on July 15, 2021, pursuant to the Criminal Justice Act (Doc. 30).

This case is currently scheduled for a telephonic Status Conference on Thursday, March 10, 2022 at 8:30 a.m. (Doc. 445).

### Request for Transfer

Currently, due to COVID-19 protocols, in-person meetings are not permitted at the Pinellas County Jail, where the Defendant is currently housed, and has been

housed since July 15, 2021.  Other jail facilities that house Federal inmates (specifically Citrus County Jail) <u>do</u> currently allow for in-person visits for attorneys and their Clients and allows for complete review of discovery.

The undersigned has been communicating with Mr. Fisher by video conferencing; however, it is difficult and almost impossible to review audio and video discovery with his Client over video conferencing.  Mr. Fisher is requesting to review <u>all</u> discovery in his case and is currently unable to do so while housed at Pinellas County Jail.

This Honorable Court has previously granted requests for transfers from two (2) co-defendants (Doc. 440 and Doc. 444).  Should this motion be granted, the Defendant is requesting that the Court also order the transfer of all of the Defendant's belongings, including books, notes, and any discovery in his possession.

### Position of the Government

The undersigned has attempted to confer with Samantha Beckman, Assistant United States Attorney, but has not heard back as to her position to this Motion to Transfer Defendant.

**WHEREFORE**, the Defendant moves this Honorable Court to grant his Motion to Transfer Defendant to a facility in the local area that will allow for in-person visitation with counsel to review the voluminous discovery in his case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Elizabeth M. Warren, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this 3rd day of March, 2022.

        /s/ *Jeffrey G. Brown*
JEFFREY G. BROWN, ESQUIRE
Brown Doherty Little
450 Carillon Parkway, Suite 120
St. Petersburg, FL 33716
(727) 299-0099, Fax (727) 299-0044
FBN 832431
jeff@lawbdl.com